# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Jose Lazcano,

      Petitioner,

v.

Luis Rosa, Jr., et al.,

      Respondents.

No. CV-26-03295-PHX-DJH (DMF)

**ORDER**

*Pro se* Petitioner Jose Lazcano ("Petitioner") filed his Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) on May 11, 2026, challenging his immigration detention under the Fifth Amendment and the Administrative Procedure Act. On May 13, 2026, the Court ordered Respondents to show cause by May 20, 2026, why the Petition should not be granted. (Doc. 4). Respondents have not filed a response the time to do so has long expired. The Court construes Respondents' failure to respond as non-opposition to granting Petitioner's habeas corpus petition as to his request for release from custody. *See* LRCiv 7.2(i). The Court will require Petitioner be released under the same conditions that existed prior to his redetention.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to his request for release from custody. The remainder of the Petition is denied as moot.

**IT IS FURTHER ORDERED** Respondents must immediately release Petitioner from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within two business days of Petitioner's release.

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 11th day of June, 2026.

Honorable Diane J. Humetewa
United States District Judge